UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SPENCER J. LAMBETH and SARA K. LAMBETH,<br>　　　　　Plaintiffs,<br><br>vs.<br><br>THREE LAKES CORPORATION,<br>　　　　　Defendant. | CIVIL ACTION FILE<br><br>NO. 1:19-CV-2602-ELR |

## J U D G M E N T

This action having come before the court, Honorable Eleanor L. Ross, United States District Judge, for consideration of Defendant's converted Motion for Summary Judgment and Plaintiff's Motion for Summary Judgment, and the court having GRANTED Defendant's motion, DENIED Plaintiffs' motion, and directed entry of judgment in favor of defendant, it is

**Ordered and Adjudged** that plaintiffs Spencer J. Lambeth and Sara K. Lambeth take nothing; that defendant Three Lakes Corporation recover its costs of this action, and the action be, and the same hereby is, **dismissed**.

Dated at Atlanta, Georgia, this 10th day of August, 2020.

JAMES N. HATTEN CLERK
OF COURT

By:　s/Amanda Querrard
　　　Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
August 10, 2020
James N. Hatten
Clerk of Court

By: s/Amanda Querrard
　　Deputy Clerk